```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 17314
   RAYMOND F INGRAHAM
   MADONNA I INGRAHAM                     CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-3948    SSN XXX-XX-7942

------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/03/08 .

     2.  The case was dismissed without confirmation, 09/05/2008.

------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------

         Summary of disbursements:
------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00         .00          .00
PRINCIPAL PAID        .00        .00         .00         .00          .00
INTEREST PAID         .00        .00         .00         .00          .00
TOTAL PAID            .00        .00         .00         .00          .00
The Debtor's attorney, ARNOLD KAPLAN LTD              , was allowed $      .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




Dated: 12/18/08                    /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 17314 RAYMOND F INGRAHAM & MADONNA I INGRAHAM
```